**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gara L. Speight aka Gara L. Lassiter | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 17-12382 elf |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-HE5, Asset Backed Pass-Through Certificates and index same on the master mailing list.

      Respectfully submitted,

/s/ Rebecca A. Solarz
_____
Rebecca Solarz
07 Oct 2020, 10:29:04, EDT

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322