United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 17-12382-elf
Gara L. Speight | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Sep 08, 2022      Form ID: 138OBJ      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gara L. Speight, 1349 71st Avenue, Philadelphia, PA 19126-1723 |
| 13895459 | + | Central Financial Control, 1500 S. Douglass Road, Anaheim, CA 92806-6912 |
| 13919026 | + | City of Philadelphia, Water Revenue Bureau, Municipal Services Building, 1410 John F. Kennedy Blvd., Philadelphia, PA 19107 |
| 13895456 | + | Daniel T. McGrory, Esquire, Pizonka, Reilley, Bello & McGrory, P.C., 144 E. DeKalb Pike, Suite 300, King of Prussia, PA 19406-2150 |
| 13895462 | | Francis X. Grimes, Esquire, Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14549725 | + | HSBC Bank USA, National Association, as Trustee fo, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13919027 | | Philadelphia Gas Works, P.O. Box 11700, Newark, NJ 07101-4700 |
| 13917652 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13920012 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2022 23:58:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 13899637 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2022 23:58:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13990415 | | Email/Text: megan.harper@phila.gov | Sep 08 2022 23:58:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13895458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2022 00:03:18 | Capital One Bank USA NA, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13895460 | | Email/Text: mrdiscen@discover.com | Sep 08 2022 23:57:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19805-5316 |
| 13895461 | + | Email/Text: bncnotifications@pheaa.org | Sep 08 2022 23:58:00 | Federal Loan Servicing Credit, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13895463 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2022 23:58:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 14250664 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 08 2022 23:58:00 | HSBC Bank USA, NA, CO Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village CO 80111-4720 |
| 13895464 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 09 2022 00:03:11 | HSBC Bank USA, National Association, c/o Wells Fargo Bank, N.A., 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 14569744 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 08 2022 23:58:00 | HSBC Bank USA, National Association Trustee (See 4, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 13904810 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 09 2022 00:03:03 | HSBC Bank USA, National Association, et al., Wells Fargo Bank, N.A., Default Document Processing, Mac# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 13929426 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2022 00:03:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13895465 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2022 00:03:03 | Merrick Bank, 10705 S. Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 13961638 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2022 00:03:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13895466 | | Email/Text: bankruptcy@sw-credit.com | Sep 08 2022 23:58:00 | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 13957929 | | Email/Text: bncnotifications@pheaa.org | Sep 08 2022 23:58:00 | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 13895467 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 09 2022 00:03:12 | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13919612 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13895457 | *+ | Gara L. Speight, 1349 71st Avenue, Philadelphia, PA 19126-1723 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL T. MCGRORY | on behalf of Debtor Gara L. Speight dmcgrory@pmrbm.com amurphy@pmrbm.com |
| JEROME B. BLANK | on behalf of Creditor HSBC Bank USA National Association, As Trustee et al jblank@avallonelaw.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: 138OBJ | Total Noticed: 27 |

ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON

on behalf of Creditor HSBC Bank USA  National Association, As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ

on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor HSBC Bank USA  National Association, As Trustee et al bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG

on behalf of Creditor HSBC Bank USA  National Association, As Trustee et al tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Gara L. Speight
      Debtor(s)

Case No: 17−12382−elf
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/8/22

61 − 60
Form 138OBJ